ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
BEAVEX INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | |
|---|---|
| LEOBARDO LOPEZ, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEAVEX, INC., a Georgia corporation, LOWERS RISK GROUP, LLC, dba PROFORMA SCREENING SOLUTIONS, a Virginia limited liability corporation, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:15-CV-00550-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER POSTPONING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

CASE NO. 4:15-CV-00550-JSW
STIP/ORDER POSTPONING CMC AND RELATED DEADLINES

**IT IS HEREBY STIPULATED AND REQUESTED** by and between the parties who have to date appeared in this action, through their counsel of record, Michael D. Singer and Jennifer L. Connor of Cohelan Khoury & Singer and the Law Offices of Shaag Majarian II, attorneys for Plaintiff LEOBARDO LOPEZ ("Plaintiff"); Rod M. Fliegel and Alison S. Hightower of Littler Mendelson, P.C., attorneys for Defendant BEAVEX, INCORPORATED and Robert J. Romero, Edward F. Donohue and David I. Dalby for Defendant LFL Enterprises, LLC, dba Proforma Screening Solutions (collectively "Defendants"), based upon the following recitals:

1. WHEREAS on April 14, 2015 Defendants filed a motion to transfer venue to the Northern District of Georgia set to be heard on the first available date, May 22, 2015 (Doc. 20);

2. WHEREAS this case is currently set for a Case Management Conference on May 8, 2015 – two weeks before the hearing on the motion to transfer venue – and the parties are required to file a Joint Case Management Statement and make initial disclosures pursuant to Rule 26(a)(1)(C) by May 1, 2015, and to meet and confer pursuant to Rule 26(f) by April 17, 2015;

3. WHEREAS, a transfer of venue likely will result in additional or different case management schedules and requirements, and thus a modest delay on these obligations will further efficient and effective case management and thus serve the interests of economy for the Court and all Parties;

**STIPULATION**

Pursuant to this Court's Standing Order and Civil Rule 16-2(e), so as to promote efficient and effective case management and thus serve the interests of economy for the Court and all Parties, the Parties hereby stipulate, agree and respectfully request:

1. That the Case Management Conference, currently set for May 8, 2015, be continued until _____, 2015, or \_\_\_\_\_ days after this Court's service of an order on Defendant's Motion To Transfer Venue, assuming that motion is denied;

2. The current May 1, 2015 deadline for the parties to file their Joint Case Management Conference Statement is extended until 14 days prior to the new date for this Case Management Conference;

///

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.   CASE NO. 4:15-CV-00550-JSW
STIP/ORDER POSTPONING CMC AND RELATED DEADLINES

3. That the last day for the Parties to meet and confer pursuant to this Court's Standing Order, Civil Rule 16-3 and Federal Rule of Civil Procedure, Rule 26(f)(1) be extended to one week from the Court's service of an order on Defendant's Motion To Transfer Venue, assuming the motion is denied;

4. The Parties shall then serve their initial disclosures pursuant to Rule 26 within 14 days of their Rule 26(f) conference; and

5. In the event the Court grants Defendant's pending Motion to Transfer Venue, these deadlines will be vacated and will be set by the transferee district.

IT IS SO STIPULATED.

Dated: April 14, 2015.

/s/ Jennifer L. Connor
JENNIFER L. CONNOR
COHELAN KHOURY & SINGER
Attorneys for Plaintiff
LEOBARDO LOPEZ

Dated: April 14, 2015.

/s/ Alison S. Hightower
ROD M. FLIEGEL
ALISON S. HIGHTOWER
LITTLER MENDELSON, P.C.
Attorneys for Defendant
BEAVEX, INCORPORATED

Dated: April 14, 2015.

/s/ David I. Dalby
ROBERT J. ROMERO
DAVID I. DALBY
HINSHAW & CULBERTSON LLP
Attorneys for Defendant LFL ENTERPRISES, LLC (improperly sued as LOWERS RISK GROUP, LLC.), dba PROFORMA SCREENING SOLUTIONS)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.   CASE NO. 4:15-CV-00550-JSW
STIP/ORDER POSTPONING CMC AND RELATED DEADLINES

**ORDER**

PURSUANT TO STIPULATION, THE COURT HEREBY ORDERS:

1. The Case Management Conference, currently set for May 8, 2015 is continued until June 5, 2015, ~~or ____ days after this Court's service of an order on Defendant's Motion to Transfer Venue, assuming that motion is denied;~~

2. The current May 1, 2015 deadline for the parties to file their Joint Case Management Conference Statement is extended until 14 days prior to the new date for this Case Management Conference; and

3. That the last day for the Parties to meet and confer pursuant to this Court's Standing Order, Civil Rule 16-3 and Federal Rule of Civil Procedure, Rule 26(f)(1) be extended to one week from the Court's service of an order on Defendant's Motion To Transfer Venue, assuming the motion is denied;

4. The Parties shall then serve their initial disclosures pursuant to Rule 26 within 14 days of their Rule 26(f) conference; and

5. In the event the Court grants Defendant's pending Motion to Transfer Venue, these deadlines will be vacated and will be set by the transferee district.

Dated: April 17, 2015

_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Firmwide:132898913.1 062351.1012

1.           CASE NO. 4:15-CV-00550-JSW
STIP/ORDER POSTPONING CMC AND RELATED DEADLINES